E-FILED
Thursday, 07 May, 2009 04:18:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

### 3rd AMENDED
## JUDGMENT IN A CIVIL CASE

Vincent E. Staub

vs.

Case Number: **04-1219**

Proctor Hospital, an Illinois Corporation;
JANIS MULALLY

   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. Verdict entered 1/10/08 in that 1). Has Plaintiff proved by a preponderance of the evidence that Plaintiff's military status was a motivating factor in the Defendant's decision to discharge him? Yes. 2). Has Defendant proved by a preponderance of the evidence that Plaintiff would have been discharged regardless of his military status? No. 3). Under the law given you in these instructions, did the Defendant act willfully in violation of USERA in discharging Plaintiff? No. Pursuant to oral stipulation of the parties, plaintiff's damages are $57,640.00.

   **IT IS ORDERED AND ADJUDGED** that on 2/23/05 Defendant Janis Mulally is dismissed without prejudice. Further on 01/11/08, judgment is entered in favor of Plaintiff and against Proctor Hospital in the amount of $57,640.00. On 05/08/08 and amended on 06/03/08, attorney's fees in the amount of $153,095.50 and costs in the amount of $2,178.19 are awarded to Plaintiff.

   **IT IS FURTHER ORDERED** that pursuant to the Seventh Circuit's mandate of May 6, 2009, which directed this Court to enter judgment in favor of Defendant, the Second Amended Judgment is reversed. Judgment is entered in favor of Proctor Hospital and against Vincent Staub.

ENTER this 7th day of May, 2009

PAMELA E. ROBINSON, CLERK

s/F. Taghan
BY: DEPUTY CLERK