## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| VINCENT E. STAUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-01219 |
| ) | |
| PROCTOR HOSPITAL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their respective counsel whose signatures appear below, stipulate to the dismissal of the pending action with prejudice, each side to bear its own costs and attorneys' fees. A proposed order is tendered herewith.

| VINCENT E. STAUB, Plaintiff | PROCTOR HOSPITAL, Defendant |
|---|---|
| /s/ Julie L. Galassi | /s/ Roy G. Davis |
| Julie L. Galassi, Esq., Bar No. 6198035 | Roy G. Davis |
| Attorney for Plaintiff | Attorney for Defendant |
| Hasselberg, Rock, Bell & Kuppler LLP | Davis & Campbell L.L.C. |
| Suite 200 Associated Bank Building | 401 Main Street, Suite 1600 |
| 4600 N. Brandywine Drive | Peoria, Illinois  61602 |
| Peoria, Illinois  61614-5591 | Telephone:  (309) 673-1681 |
| Telephone:  (309) 688-9400 | Facsimile:  (309) 673-1690 |
| Facsimile:  (309) 688-9430 | Email: rgdavis@dcamplaw.com |
| E-mail: jgalassi@hrbklaw.com | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Richard A. Russo, Esq.
Roy G, Davis, Esq.
DAVIS & CAMPBELL LLC
Suite 1600
401 Main Street
Peoria IL  61602-1241

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

    /s/ Julie L. Galassi
Julie L. Galassi, Esq., Bar No. 6198035
Attorney for Plaintiff
Hasselberg, Rock, Bell & Kuppler LLP
Suite 200 Associated Bank Building
4600 N. Brandywine Drive
Peoria, IL  61614-5591
Telephone:  (309) 688-9400
Facsimile:   (309) 688-9430
E-mail:  jgalassi@hrbklaw.com